Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| RUBÉN MÁRQUEZ ROSA, CARMEN SUÁREZ VELÁZQUEZ, ROBERTO MÁRQUEZ SUÁREZ<br><br>Recurridos<br><br>v.<br><br>ROBERTO BERRÍOS FALCÓN<br><br>Peticionario | TA2025RE00012 | *MANDAMUS* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso número: SJ2024CV03805<br><br>Sobre: *Injunction* (Entredicho Provisional, *Injunction* Preliminar y Permanente), Interferencia Torticera, Daños y Perjuicios |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

## S E N T E N C I A

En San Juan, Puerto Rico, a 1 de diciembre de 2025.

Examinado el *Aviso de Desistimiento Voluntario* presentado el 26 de noviembre de 2025 por la parte peticionaria, Roberto Berríos Falcón, la declaramos Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, según enmendado, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, págs. 118-120, 215 DPR ___ (2025), ordenamos el archivo del caso de epígrafe según solicitado, por desistimiento.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones